IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 14ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of |
| | ) | 8 U.S.C. §§ 1326(a) and (b)(2) |
| | ) | |
| KELLY ALFONSO TURVI-PION | ) | |

INDICTMENT

The Grand Jury charges that:

On or about October 11, 2005, in the District of Rhode Island, defendant KELLY ALFONSO TURVI-PION, an alien who had previously been deported from the United States, knowingly entered and was found in the United States without previously having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States,

In violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan
Criminal Chief

LEE H. VILKER
Assistant U.S. Attorney

Dated: 2/1/06