UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 1:06-cr-14-ml |
| | ) | |
| KELLY ALFONSO TURVI-PION | ) | |

---

MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Kelly Alfonso Turvi-Pion, by and through counsel, moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for March 21, 2006, until the Court's April empanelment date. In addition, the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act 18 USC § 3161(h)(8).

In support of this motion, the defendant has indicated to counsel that he is requesting the additional time to research a substantial issue concerning the legality of the defendant's deportation.

Respectfully submitted
Kelly Alfonso Turvi-Pion
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to Lee Vilker, Assistant United States Attorney, on March 3rd, 2006.