UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 1:06-cr-14-ml
)
KELLY ALFONSO TURVI-PION )

---

MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Kelly Alfonso Turvi-Pion, by and through counsel, moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for April 11, 2006, until the Court's May empanelment date. In addition, the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act 18 USC § 3161(h)(8).

In support of this motion, the defendant states that subsequent to the conference that was held before the Court on March 14, 2006, the original request for information filed with the United States Immigration Court made by defense counsel was returned and defense counsel was then required to file a Freedom of Information Act request with the Bureau of Immigration Appeals in Virginia to obtain a copy of the file. It is necessary to obtain this file so that counsel can adequately apprise the defendant if he has any viable claim of defense.

The interests of the defendant and the government in a Speedy Trial will outweigh the interests of justice that is served by the granting of this motion pursuant to 18 USC § 3161(h)(8).

Granted.
Mary M. Lisi
USDJ 3/24/06

Respectfully submitted
Kelly Alfonso Turvi-Pion
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to Lee Vilker, Assistant United States Attorney, on March 23rd, 2006.