UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 1:06-cr-14-ml
)
KELLY ALFONSO TURVI-PION )

---

MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Kelly Alfonso Turvi-Pion, by and through counsel, moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for May 9, 2006, until the Court's July empanelment date. In addition, the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act 18 USC § 3161(h)(8).

In support of this motion, the defendant states that he has requested records from the United States Immigration Court and, further, that this request be expedited. However, as of the date of this motion, defense counsel has not received the records.

The interests of the defendant and the government in a Speedy Trial will outweigh the interests of justice that is served by the granting of this motion pursuant to 18 USC § 3161(h)(8).

Respectfully submitted
Kelly Alfonso Turvi-Pion
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of ~~this~~ Motion to be delivered to Lee Vilker, Assistant United States Attorney, on April 25th, 2006.