UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 1:06-cr-14-ml |
| | ) | |
| KELLY ALFONSO TURVI-PION | ) | |

NOTICE OF INTENTION TO PLEAD GUILTY

Now comes the accused, Kelly Alfonso Turvi-Pion, by and through counsel, and notifies the Court that the Defendant has expressed to defense counsel that he wishes to plead guilty to the charge in the indictment, illegal reentry after deportation in violation of 8 USC § 1326.

Respectfully submitted
Kelly Alfonso Turvi-Pion
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Notice to be delivered to Lee Vilker, Assistant United States Attorney, on May 30th, 2006.