UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 1:06-cr-14-ml |
| | ) | |
| KELLY ALFONSO TURVI-PION | ) | |

NOTICE OF APPEAL

Now comes the defendant, Kelly Alfonso Turvi-Pion, by and through counsel, and notices the appeal of his sentence imposed by the Court on September 29, 2006.

KELLY ALFONSO TURVI-PION
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Donald Lockhart, AUSA on the 2nd day of October, 2006.

/s/ Edward C. Roy, Esquire