UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

October 27, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-014ML **CCA# ___________**
USA v. Kelly Alfonso Turvi-Pion

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

encl:
**Doc# 30: original transcript of 7/11/06 Change of Plea Hearing; certified docket**