CR. 06-14
J. Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2425

UNITED STATES,

Appellee,

v.

KELLY TURVI-PION,

Defendant, Appellant.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: April 30, 2007

In this sentencing appeal, appellant challenges the district court's reliance on prior felony convictions, which raised his advisory sentencing guidelines offense level and his sentence. No objection to the presentence report's criminal history section was made. The district court's sentencing procedure was not erroneous, and certainly not plainly erroneous, under Almendarez-Torres v. United States, 532 U.S. 224 (1998). Appellant concedes, and we have often held, that the case is binding on this court unless and until it is overruled by the Supreme Court. See United States v. Ivery, 427 F.3d 69, 75 (1st Cir. 2005).

The sentence is affirmed. See 1st Cir. R. 27.0(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 21 2007

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: Messrs: Roy, Vilker and Lockhart]